Kass Harstad (Bar No. 11012)
Erik Strindberg (Bar No. 4158)
**STRINDBERG & SCHOLNICK, LLC**
675 East 2100 South, Suite 350
Salt Lake City, Utah 84106
(t) 801.359.4169
(f) 801.359.4313
Email: kass@utahjobjustice.com
         erik@utahjobjustice.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| MARYLEEN TAHY<br><br>Plaintiff,<br><br>vs.<br><br>SAN JUAN SCHOOL DISTRICT<br><br>Defendant, | **STIPULATED MOTION TO DISMISS WITH PREJDICE**<br><br>Case No. 4:19 cv 00004<br><br>Judge Nuffer |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Maryleen Tahy and Defendant San Juan School District, each by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned matter, and all claims and defenses raised therein, should be dismissed with prejudice, with each party to bear its own attorney fees and costs.

The parties request that the Court enter an Order in keeping with this stipulation and motion. A proposed Order granting this Motion is attached as Exhibit A.

Dated this 29th day of October, 2019.

                STRINDBERG & SCHOLNICK, LLC

                /s/ Kass Harstad
                Kass Harstad
                Attorneys for Plaintiff

                SEAN D. REYES
                Utah Attorney General

                /s/Stephen W Geary
                Stephen W. Geary
                Assistant Utah Attorney General
                Attorney for Defendant